# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO YATES,<br><br>    Plaintiff,<br><br>  v.<br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 16-cv-01077-MEJ<br><br>**NOTICE RE: E-FILING REGISTRATION** |

As Plaintiff Fernando Yates is representing himself in this case, the Court advises Plaintiff that he may be allowed to register for e-filing, which permits parties to submit and retrieve documents electronically. In order to do so, Plaintiff must meet all the technical requirements and submit a motion for permission to e-file. Instructions and a sample motion are available here: http://cand.uscourts.gov/ECF/proseregistration. Plaintiff is advised that he may not e-file documents unless the Court grants permission to do so.

**IT IS SO ORDERED.**

Dated: March 21, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FERNANDO YATES,

        Plaintiff,

    v.

WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT,

        Defendant.

Case No.  16-cv-01077-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 21, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fernando Yates
2840 Ruff Avenue
Pinole, CA 94564

Dated: March 21, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES