UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO YATES,<br><br>   Plaintiff,<br><br>  v.<br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT,<br><br>   Defendant. | Case No. 16-cv-01077-MEJ<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT WITHOUT PREJUDICE**<br><br>Dkt. No. 44 |

  Plaintiff Fernando Yates ("Plaintiff") filed a Motion to Amend/Correct the Complaint. *See* Mot., Dkt. No. 44. In the Motion, Plaintiff generally describes the amendments he wishes to make to the Complaint, but he fails to attach the proposed amended complaint. *See id*. This violates the Court's Local Rules. *See* N.D. Cal. Civ. L.R. 10-1 ("Any party filing or moving to file an amended pleading must reproduce the entire proposed pleading and may not incorporate any part of a prior pleading by reference.").[1] Neither Defendant nor the Court can evaluate the proposed amendments if Plaintiff does not provide the actual proposed amended complaint in its entirety.

  The Court accordingly **DENIES** Plaintiff's Motion, but does so **WITHOUT PREJUDICE**. The deadline for seeking leave to amend the pleadings is not until February 27, 2017. *See* Case Management Order at 2, Dkt. No. 41. Plaintiff may renew his request for leave to file an amended complaint at any point before that deadline, attaching his proposed amended complaint to the renewed motion. The Court encourages Plaintiff to renew his motion as soon as he can conveniently do so and not to wait until the February 27, 2017 deadline, as undue delay may be used as a basis for denying leave to amend.

---

[1] The Court's Local Rules are available at http://www.cand.uscourts.gov/localrules/civil.

1  Finally, the Court appreciates that Plaintiff attempted to secure Defendant's counsel's
2  agreement to the amendment before filing the Motion.  *See* Mot. at 3.  The Court encourages
3  Plaintiff to contact Defendant's counsel with the proposed amendment when it is prepared and
4  again seek counsel's agreement in an effort to avoid unnecessary motion practice and "secure the
5  just, speedy, and inexpensive determination" of this action.  Fed. R. Civ. P. 1.
6  **IT IS SO ORDERED.**

8  Dated: November 15, 2016

   _____
   MARIA-ELENA JAMES
   United States Magistrate Judge