UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO YATES,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 16-cv-01077-MEJ<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 80 |

    Plaintiff Fernando Yates has not sued any individuals in this case; the only defendant in this action is a governmental entity.  Acts by Mr. Luongo, Mr. Wittemore, and Ms. Cotton cannot give rise to punitive damages against West Contra Costa Unified School District here because "[p]unitive damages are not available against a governmental entity in California under the statutes that form the basis of Plaintiff's claims."  *See* Order at 1 (citing cases), Dkt. No. 76.

    Plaintiff's Motion for Reconsideration (Dkt. No. 80) and addendum thereto (Dkt. No. 81) are **DENIED**.

    **IT IS SO ORDERED.**

Dated: February 22, 2017

                                            MARIA-ELENA JAMES<br>
                                            United States Magistrate Judge