UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO YATES,<br><br>          Plaintiff,<br><br>     v.<br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT,<br><br>          Defendant. | Case No. 16-cv-01077-MEJ<br><br>**ORDER DENYING MOTION FOR POLYGRAPH EXAMINATION**<br><br>Re: Dkt. No. 94 |

When it denied Plaintiff's Motion to Compel Discovery, the Court also denied his request to order Cheryl Cotton to submit to a polygraph examination. *See* Order, Dkt. No. 91. The Court explained Plaintiff could propound discovery and/or depose Ms. Cotton to obtain further information regarding the documents she contends do not exist. *See id*. Plaintiff then filed a Motion Requesting a Polygraph Test for Ms. Cotton and one for himself. *See* Mot., Dkt. No. 94. Plaintiff's Motion is **DENIED**. The Court will not order anyone in this case to submit to a polygraph examination.

**IT IS SO ORDERED.**

Dated: March 7, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge