UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO YATES,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 16-cv-01077-MEJ<br><br>**ORDER RE: JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 119 |

Defendant has shown good cause for deposing Rhem Bell after the close of discovery. *See* Jt. Ltr. Br., Dkt. No. 119. Plaintiff does not raise any objections, and does not argue (much less show) he will be prejudiced if Defendant is allowed to depose the witness. *See id*. Before scheduling Mr. Bell's deposition, Defendant and Plaintiff shall confer and confirm that Plaintiff intends to attend the deposition. If Plaintiff so confirms, Defendant shall schedule the deposition for a time during which Plaintiff can attend (after 1:30 p.m. on Monday-Friday). If, after confirming his intention to attend the deposition, Plaintiff does not do so, Defendant shall notify the Court and the Court may order Plaintiff to reimburse Defendant for any time its counsel spent scheduling the deposition at Plaintiff's convenience or waiting for Plaintiff to appear.

**IT IS SO ORDERED.**

Dated: July 5, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge